**Michael Shawn EVANS,**
**Plaintiff–Appellant,**

v.

**Off. CUNNINGHAM, Guard at F.C.I. Gilmer; Lt. Yarber, Lt. of Prison Guards; Warden Purdue; Capt. Young, Capt. of security at F.C.I. Gilmer; F.C.I. Gilmer, Defendants–Appellees.**

No. 16-7069

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2016

Decided: October 4, 2016

Michael Shawn Evans, Appellant Pro Se. Erin Carter Tison, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Shawn Evans appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Evans v. Cunningham, No. 2:15–cv–00060–JPB–JES, 2016 WL 3951157 (N.D. W. Va. July 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED